FILED IN OPEN COURT
4/1/14
Julie A. Richards, Clerk
US District Court
District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-26-1D(3)
NO. 7:14-CR-26-2D(3)

IN RE: :
:
TWELVE-COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF APRIL 1, 2014 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on April 1, 2014, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Indictment shall remain sealed until such time as the arrest warrants for the defendants have been executed, or upon further order of this Court.

This, the \_\_1\_\_ day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
JAMES E. GATES