UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO: 7:14-CR-00026-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CEDRIC ANTOINE McKENITH | ORDER TO CONTINUE<br>ARRAIGNMENT AND TRIAL<br>AND TO EXTEND PRE-TRIAL<br>MOTIONS DEADLINE |

The motion to continue arraignment and trial is hereby allowed. Arraignment will be set for **October**, 2014.

Pre-trial motions period is extended until **August 28**, 2014.

Responses to pre-trial motions are to be filed by **September 11**, 2014.

Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

This **28** day of July, 2014.

JAMES C. DEVER, III
Chief United States District Court Judge