IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CR-26-D-1
NO. 7:14-CR-26-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| CEDRIC ANTIONE MCKENITH, | : |
| a/k/a "Antione Cedric McKenith, | : |
| JAMES BOYD MCKENITH | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by defendant CEDRIC ANTIONE MCKENITH, a/k/a "Antione Cedric McKenith", on October 14, 2014, and pursuant to the entry of a Memorandum of Plea Agreement entered into by defendant JAMES BOYD MCKENITH on October 14, 2014, the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm used in knowing violations of 18 U.S.C. §§ 922(d)(1) and 924, to wit a Rossi model M69 handgun; a Colt .380; a Smith and Wesson model 36, .38 caliber handgun; a Marlin model 336C .30-.30 caliber rifle; a Cobra model CA380 .380 caliber handgun; a Ruger model P-94 handgun; and a Smith and Wesson model 41 .22 caliber handgun, and any and all accompanying ammunition;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement,

1

the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendants CEDRIC ANTIONE MCKENITH, a/k/a "Antione Cedric McKenith" and JAMES BOYD MCKENITH, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This **14** day of **October** 2014.

JAMES C. DEVER III
Chief United States District Judge